UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN POTTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:12-cv-00763-JMS-MJD |
| | ) |
| WAYNE DAIRY PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate and agree that the above-titled action be dismissed in its entirety, with prejudice, each party to bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

*s/* Ryan C. Fox
John H. Haskin
Ryan C. Fox
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, Second Floor
Indianapolis, Indiana 46204-2131
jhaskin@hlllaw.com
rfox@hlllaw.com
ATTORNEYS FOR PLAINTIFF

*s/* Germaine Winnick Willett
Paul H. Sinclair, Attorney No. 17556-49
Germaine Winnick Willett, Attorney No. 21151-73
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
paul.sinclair@icemiller.com
germaine.willett@icemiller.com
ATTORNEYS FOR DEFENDANT

I/3078895.1